AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br>Brian Murphy, YOB: 1969<br>*Defendant(s)* | Case No. 1:22MJ60LDA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 24, 2022** in the county of _____ in the _____ District of **Rhode Island**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) & (a)(4) | Possession & Distribution of child pornography. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Michael Agostinho of the United States Department of Homeland Security Investigations ("HSI").

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Michael Agostinho, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** *(specify reliable electronic means)*.

Date: August 24, 2022

*Judge's signature*

City and state: Providence, Rhode Island   Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*